### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| TANJA LAVERNE SMITH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIV. ACT. NO. 2:24-cv-13-TFM-MU |
| MARCUS BRAKEFIELD, *et al.*, | ) ) ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this same date, it is **ORDERED, ADJUDGED,** and **DECREED** that judgment is entered against the Plaintiff and in favor of Defendants Moore, Lutz, and Reed as to all claims and in favor of Defendant Brakefield as to the federal claims.[1]

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 2nd day of July, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's state law claims have been remanded to the Circuit Court of Perry County, Alabama for resolution as this Court has declined supplemental jurisdiction in accordance with the Memorandum Opinion and Order.